AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 05, 2026**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| SAGE M., | ) |
| *Plaintiff* | ) |
| v. | ) |
| FRANK BISIGNANO, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| *Defendant* | |

Civil Action No. 1:25-CV-03121-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Brief, ECF No. 8, is DENIED.
Defendant's Brief, ECF No. 12, is GRANTED.
JUDGMENT in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Mary K. Dimke

Date:  05/05/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*